UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE REPUBLICAN PARTY; CHRISTOPHER VANCE; BERTABELLE HUBKA; STEVE NEIGHBORS; BRENT BOGER; MARCY COLLINS; and MICHAEL YOUNG,<br><br>Plaintiffs,<br><br>and<br><br>WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE; and PAUL BERENDT,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>DEAN LOGAN, King County Records & Elections Division Manager; BOB TERWILLIGER, Snohomish County Auditor; VICKY DALTON, Spokane County Auditor; GREG KIMSEY, Clark County Auditor; CHRISTINA SWANSON, Cowlitz County Auditor; VERN SPATZ, Grays Harbor County Auditor; PAT GARDNER, Pacific County Auditor; DIANE L. TISCHER, Wahkiakum County Auditor; and DONNA M. ELDRIDGE, Jefferson County Auditor,<br><br>Defendants. | No.<br><br>WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S MOTION TO INTERVENE AS PLAINTIFF<br><br>**Noted for Consideration:<br>June 3, 2005** |

WASHINGTON STATE DEMOCRATIC CENTRAL
COMMITTEE'S MOTION TO INTERVENE - 1
Case No.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   Pursuant to Fed.R.Civ.P. 24(a) and (b), the Washington State Democratic Central Committee (the "Party") and its Chair, Paul Berendt, move to intervene in the above-entitled action.

This lawsuit seeks a declaration that Washington's "top two" primary statute unconstitutionally impairs the First Amendment associational rights of political parties to decide for themselves who may represent them in partisan elections.  As a practical matter, this suit will determine the scope of the Washington Democratic Central Committee's associational rights to select its own candidates for public office.  Therefore, the Party has a fundamental interest in the outcome of this case and is entitled to intervene as of right. Fed.R.Civ.P. 24(a) (Intervention of Right allowed when the movant "claims an interest relating to the … subject of the action" and the "disposition of the action may as a practical matter impair or impede his ability to protect that interest[.]"); *see also Idaho Farm Bureau Fed'n v. Babbitt*, 58 F.3d 1392, 1397 (9th Cir. 1995) (Rule 24(a) construed broadly and in favor of applicants); *Greene v. United States*, 996 F.2d 973, 976 (9th Cir. 1993) (whether movant has an adequate interest in the action is a "practical, threshold inquiry.").  As the Advisory Committee Notes to Fed.R.Civ.P. 24(a) make clear: "If an absentee would be substantially affected in a practical sense by the determination made in an action, he should, as a general rule, be entitled to intervene."

Alternatively, the Washington State Democratic Central Committee is similarly situated with plaintiff the Washington State Republican Party.  The Party therefore has claims against the defendants that share common questions of law and fact.  The Court should allow permissive intervention pursuant to Fed.R.Civ.P. 24(b) (Permissive Intervention allowed when the movant's "claim or defense and the main action have a question of law or fact in common.").

Counsel for the Plaintiff in Intervention has conferred with Plaintiff, the Washington State Republican Party, through its counsel.  The Plaintiff has indicated that they will have no

WASHINGTON STATE DEMOCRATIC CENTRAL
COMMITTEE'S MOTION TO INTERVENE - 2
Case No.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  opposition to the Motion to Intervene. We respectfully request that the Court allow the
2  Washington State Democratic Central Committee and its Chair, Paul Berendt, to Intervene
3  and represent their interests in this matter.
4      We have attached herewith a Complaint in Intervention as Exhibit A. We request that
5  the Complaint in Intervention be accepted for filing and service on the other parties to this
6  action. This Complaint substantially mirrors the Complaint already on file.
7      DATED this 19th day of May, 2005.

PRESTON GATES & ELLIS LLP

By_____
David T. McDonald, WSBA #5260
Jay Carlson, WSBA # 30411
Attorneys for Plaintiffs in Intervention,
Washington State Democratic Party and
Paul R. Berendt, Chair

WASHINGTON STATE DEMOCRATIC CENTRAL
COMMITTEE'S MOTION TO INTERVENE - 3
Case No.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022