The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE REPUBLICAN PARTY, et al.,<br>                             Plaintiffs,<br><br>WASHINGTON DEMOCRATIC CENTRAL COMMITTEE, et al.,<br>                           Plaintiff Intervenors<br><br>LIBERTARIAN PARTY OF WASHINGTON STATE, et al.,<br>                           Plaintiff Intervenors<br><br>v.<br><br>DEAN LOGAN, King County Records & Elections Division Manager; et al.,<br>                           Defendants,<br><br>STATE OF WASHINGTON, et al.,<br>                           Defendant Intervenors<br><br>WASHINGTON STATE GRANGE,<br>                           Defendant Intervenors. | No. CV05-0927Z<br><br>WASHINGTON STATE GRANGE'S SUBMISSION OF PROPOSED ORDER CONFIRMING JUNE 7 RULING GRANTING ITS ORAL MOTION TO INTERVENE |

WASHINGTON STATE GRANGE'S SUBMISSION OF
PROPOSED ORDER CONFIRMING JUNE 7 RULING
GRANTING ITS ORAL MOTION TO INTERVENE - 1
Case No. CV05-0927Z

50548319.01

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ♦ 206-447-4400

At the June 7, 2005 status conference in this case, the Court granted the Washington State Grange's oral motion to intervene as a defendant-intervenor, and directed counsel for the Washington State Grange to submit a proposed Order for that ruling.

That proposed Order is attached. Since counsel for the defendant-intervenor represented to the Court that he would file Answers to the political parties' Complaints on Friday, June 10, the attached Order includes that filing date as well.

RESPECTFULLY SUBMITTED this 8th day of June, 2005.

FOSTER PEPPER & SHEFELMAN PLLC



Thomas F. Ahearne, WSBA No. 14844
Attorneys for Defendant-Intervenor
WASHINGTON STATE GRANGE.

WASHINGTON STATE GRANGE'S SUBMISSION OF
PROPOSED ORDER CONFIRMING JUNE 7 RULING
GRANTING ITS ORAL MOTION TO INTERVENE - 2
Case No. CV05-0927Z

50548319.01

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ♦ 206-447-4400