The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE REPUBLICAN PARTY, et al.,<br>　　　　　　　Plaintiffs, | No. CV05-0927Z |
| WASHINGTON DEMOCRATIC CENTRAL COMMITTEE, et al.,<br>　　　　　　　Plaintiff Intervenors<br>LIBERTARIAN PARTY OF WASHINGTON STATE, et al.,<br>　　　　　　　Plaintiff Intervenors | [proposed]<br>ORDER CONFIRMING JUNE 7 RULING GRANTING WASHINGTON STATE GRANGE'S ORAL MOTION TO INTERVENE |
| v. | |
| DEAN LOGAN, King County Records & Elections Division Manager; et al.,<br>　　　　　　　Defendants, | |
| STATE OF WASHINGTON, et al.,<br>　　　　　　　Defendant Intervenors | |
| WASHINGTON STATE GRANGE,<br>　　　　　　　Defendant Intervenors. | |

[proposed] ORDER CONFIRMING JUNE 7 RULING
GRANTING WASHINGTON STATE GRANGE'S MOTION
ORAL MOTION TO INTERVENE - 1
Case No. CV05-0927Z
50548295.01

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ♦ 206-447-4400

On June 7, 2005, this Court conducted a status conference pursuant to a May 27 Minute Order directing the attendance of representatives of all parties and prospective parties in intervention. The WASHINGTON STATE GRANGE attended that status conference through its counsel, Thomas F. Ahearne of Foster Pepper & Shefelman.

Citing its role as the proponent of the voter Initiative Measure at issue in this case (I-872), the WASHINGTON STATE GRANGE made an oral motion to intervene as an intervenor-defendant. None of the parties in attendance at the June 7 status conference objected to that intervention, and this Court GRANTED that intervention motion. This Court accordingly enters this written Order confirming that June 7 ruling, and ORDERS that:

1.  The WASHINGTON STATE GRANGE is permitted to intervene as an Defendant-Intervenor in this action; and

2.  Defendant Intervenor WASHINGTON STATE GRANGE shall file its Answer to the Plaintiff's Complaint, the Intervenor Plaintiff Democratic Party's Complaint, and the Intervenor Plaintiff Libertarian Party's Complaint, by Friday, June 10, 2005; and

3.  The Clerk is directed to accept the WASHINGTON STATE GRANGE's above Answers for filing when they are filed on June 10, 2005.

DONE IN OPEN COURT this _____ day of June, 2005.

_____
Hon. Thomas S. Zilly
U.S. District Court Judge

Presented By:
FOSTER PEPPER & SHEFELMAN PLLC

_____
Thomas F. Ahearne, WSBA No. 14844
Attorneys for Defendant-Intervenor
WASHINGTON STATE GRANGE.

[proposed] ORDER CONFIRMING JUNE 7 RULING
GRANTING WASHINGTON STATE GRANGE'S MOTION
ORAL MOTION TO INTERVENE - 2
Case No. CV05-0927Z
50548295.01

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ♦ 206-447-4400