UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE REPUBLICAN PARTY, et al., | |
|                Plaintiffs, | No. C05-927Z |
| and | |
| WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE, et al., | PERMANENT INJUNCTION |
|                Plaintiff Intervenors, | |
| and | |
| LIBERTARIAN PARTY OF WASHINGTON STATE, et al., | |
|                Plaintiff Intervenors, | |
| v. | |
| DEAN LOGAN, King County Records & Elections Division Manager, et al., | |
|                Defendants, | |
| STATE OF WASHINGTON, | |
|                Defendant Intervenors, | |
| and | |
| WASHINGTON STATE GRANGE, | |
|                Defendant Intervenors. | |

PERMANENT INJUNCTION – 1

1   This matter comes before the Court on Plaintiffs' Proposed Permanent Injunction,
2   docket no. 88, submitted in response to this Court's Order and Preliminary Injunction, docket
3   no. 87, filed on July 15, 2005.
4   The Court hereby incorporates by reference its Order, docket no. 87, and enters the
5   following Permanent Injunction:

6   1.  The Court enjoins the State of Washington, or any political subdivision of the
7       State, from enforcing, implementing, or conducting any election pursuant to the
8       provisions of Initiative 872, as codified in Title 29A, Wash. Rev. Code.
9   2.  The Court enjoins the State of Washington, or any political subdivision of the
10      State, from enforcing or implementing the filing statute under Initiative 872,
11      Wash. Rev. Code § 29A.24.030, as part of any primary or general election.
12  3.  The Court enjoins the State of Washington, or any political subdivision of the
13      State, from refusing to recognize the validity of any minor party or independent
14      candidate nominating convention held on or before August 27, 2005, on the
15      grounds that the convention did not comply with the dates set forth in Wash.
16      Rev. Code § 29A.20.121, provided that the notice provisions of Wash. Rev.
17      Code § 29A.20.131 have been complied with and the convention otherwise
18      complies with Title 29A.20, Wash. Rev. Code.
19  4.  The Court retains jurisdiction in this action to enforce the terms of this
20      injunction.
21  IT IS SO ORDERED.
22  DATED this 29th of July, 2005.

Thomas S. Zilly
United States District Judge

PERMANENT INJUNCTION – 2