Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON STATE REPUBLICAN PARTY, BERTABELLE HUBKA, STEVE NEIGHBORS, MARCY COLLINS, MICHAEL YOUNG, DIANE TEBELIUS, MIKE GASTON,

    Plaintiffs,

and,

WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE, PAUL BERENDT,

    Plaintiff-Intervenors,

and,

LIBERTARIAN PARTY OF WASHINGTON STATE, RUTH BENNETT, J. S. MILLS,

    Plaintiff-Intervenors,

v.

WASHINGTON STATE GRANGE,

    Defendant-Intervenors,

and,

STATE OF WASHINGTON, ROB MCKENNA, SAM REED,

    Defendant-Intervenors.

No. C05-0927-JCC

MINUTE ORDER

MINUTE ORDER – 1

| | |
|---|---|
| 1 | |
| 2 | The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge: |
| 3 | |
| 4 | Pursuant to the Court's oral ruling at the Status Conference on March 24, 2009, Plaintiff Libertarian Party's Motion for Continuance (Dkt. No. 141) is GRANTED. In accordance with this ruling, the following motions are RE-NOTED for **Friday, April 10, 2009**: |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to the Court's oral ruling at the Status Conference on March 24, 2009, Plaintiff Libertarian Party's Motion for Continuance (Dkt. No. 141) is GRANTED. In accordance with this ruling, the following motions are RE-NOTED for **Friday, April 10, 2009**:

(1) State Defendants' Motion to Recover Attorneys' Fees and For Costs (Dkt. No. 130),

(2) State Defendants' Motion to Dismiss (Dkt. No. 133),

(3) Defendant Grange's Motion to Dismiss (Dkt. No. 134),

(4) Plaintiff Democratic Central Committee's Motion to Amend (Dkt. No. 137),

(5) Plaintiff State Republican Party's Motion to Amend (Dkt. No. 139).

Plaintiff Libertarian Party may file a response, not to exceed twelve (12) pages, to Defendants' Motions to Dismiss (Dkt. Nos. 133, 134), and may file a response, not to exceed twelve (12) pages, to Defendants' Motions to Recover Attorneys' Fees and For Costs (Dkt. No. 130); both responses must be submitted by **Monday, April 6, 2009**. The State Defendants and Defendant Grange may each submit short replies, not to exceed six (6) pages, to these responses by **Friday, April 10, 2009**.

DATED this 26th day of March, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
     Deputy Clerk

MINUTE ORDER – 2